UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| MICHAEL MANCINI, SR., ) | |
| ) | Case No. 3:15-cv-00958-VAB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Michael Mancini, Sr., and Defendant, Portfolio Recovery Associates, LLC, by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

By:  Gregory F. Arcaro                      Ann McClure
     Attorney for Plaintiff                 Attorney for Defendant
     Federal Bar No. 19781                  Bar No. ct00996
     Upright Law LLC                        Troutman Sanders LLP
     10 Melrose Drive                       875 Third Avenue
     Farmington, CT 06032                   New York, NY 10022
     Phone: (860) 986-6660                  Phone: (212) 704-6185
     garcaro@grafsteinlaw.com               Ann.McClure@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2016, a copy of the foregoing Stipulation of Dismissal Without Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

I also certify that on April 19, 2016, a copy of the foregoing Stipulation of Dismissal Without Prejudice was served upon the Plaintiff individually via First-Class U.S. Mail at the following address:

Michael Mancini, Sr.
62D Pascal Lane
Manchester, CT 06045

/s/ Gregory F. Acaro
Attorney for Plaintiff
